# UNITED STATES BANKRUPTCY COURT
## Southern District of Georgia
### Augusta Division

In re:

**Johnny Alton Williams and Salena Joyce Williams,**
 Debtors.

Case No.: 17–10706–SDB

Judge: Susan D. Barrett

Chapter: 13

## NOTICE OF CONTINUED HEARING

The Hearing on Motion to Approve Loan Modification filed by U.S. Bank National Association and Trustee's Denial originally scheduled **January 13, 2022** has been <u>continued</u> to:

*February 7, 2022, at 09:00 AM,*
*U.S. Bankruptcy Court,*
*(BY TELEPHONE).*

To participate in the hearing, use the information below and **<u>dial in at least 10 minutes prior</u>** to the scheduled hearing time:

Call: 1–888–363–4749
Access Code: 7030574
Security Code: 4172020

While participating in the hearing, please comply with the following:

1. Identify yourself at the beginning of the call and each time you speak for the record.
2. Place all phones on mute when your case is not being heard.
3. <u>Do not</u> use the "speaker" function. <u>Do not</u> place the call on hold.
4. Users are prohibited from recording or broadcasting the proceedings conducted by the U.S. Bankruptcy Court for the Southern District of Georgia.

 If you are unable to utilize this telephonic service, please contact the Clerk's Office via telephone at 706–823–6000 prior to your hearing to make other arrangements. If you experience technical difficulty at the time of your hearing and are unable to participate in your hearing, you must promptly report such difficulty to the Clerk's Office. Otherwise, you will be deemed to have been afforded the opportunity to participate in the hearing.

 Attorneys: Please advise your clients <u>not</u> to appear at the courthouse(s). You should notify your client (debtor) prior to the telephonic hearing if their participation is required. Parties can assist the Court in facilitating telephonic hearings by contacting opposing counsel and interested parties well in advance of hearings to resolve any issues that can be resolved.

All other provisions of the original notice remain in full force and effect.

*Lucinda Rauback, Clerk*
United States Bankruptcy Court
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: January 19, 2022

B–40Csupp [Rev. 01/21]  *CCB*