**IT IS ORDERED as set forth below:**



**Date: May 3, 2022**

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

---

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: | |
| JOHNNY ALTON WILLIAMS, aka Johnny A. Williams, aka Johnny A. Williams, Sr., SALENA JOYCE WILLIAMS, aka Salena Turner Williams, aka Salena T. Blount, aka Salena J. Turner, | CASE NO.: 17-10706-SDB  CHAPTER 13 |
| Debtors. | |

### ORDER ON SECURED CREDITOR'S MOTION TO APPROVE LOAN MODIFICATION

This matter is before the Court via the Secured Creditor's "Motion To Approve Loan Modification" ("the Motion"), which was filed in the above-styled Chapter 13 case on November 30, 2021 (Docket #65). The Motion requests that the Court allow the Debtors to modify the loan on the Debtor's real property located at 1240 Fairway Ridge Drive, Wrens, GA 30833 with U.S. Bank National Associations. The Debtors and Secured Creditor have entered into a Subordinate

Partial Claim Note and Security Deed in the principal amount of $35,939.33 (the "Loan Modification") to bring the account contractually current for the December 1, 2021 payment.

The Motion was set for initial haring on January 13, 2022, and reset to April 21, 2022. Counsel for the Debtors and Counsel for the Chapter 13 Trustee have conferred with Counsel for Secured Creditor, and all parties have no opposition to the Loan Modification.

IT IS HEREBY ORDERED that the Secured Creditor's "Motion to Approve Loan Modification" is GRANTED.

### [END OF ORDER]

**Presented By:**

/s/ Andrea L. Betts
Andrea L. Betts
GA Bar # 432863
Robertson, Anschutz, Schneid Crane & Partners, PLLC
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Fax: 404-393-1425
E-mail: abetts@raslg.com

**No Opposition:**

/s/ Angela Williams Seymour
Angela Williams Seymour
GA Bar # 636505
Seymour & Associates PC
P O Box 3230
Evans, GA 30809
706-868-1968
Fax : 706-868-8009

**No Opposition:**

/s/ _____
Fred Carpenter
GA Bar # 341438
Attorney for the Chapter 13 Trustee
Huon Le
P.O. Box 2127
Augusta, GA 30903
706-724-1039